**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CHAOKI BOUCHEBL,
ALIEN # A075-224-165,**

    **Petitioner,**

vs.                                         **Case No. 4:09cv446-RH/WCS**

**ERIC H. HOLDER, JR.,
ATTORNEY GENERAL OF THE
UNITED STATES, et al.,**

    **Respondents.**

_____/

## ORDER AND REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, filed a petition seeking a writ of habeas corpus under § 2241 on November 19, 2009. Doc. 1. Service was ordered in December, 2009, doc. 3, and on February 4, 2010, Respondents filed a motion to dismiss. Doc. 11. The motion to dismiss asserts that there is no longer a live case or controversy as Petitioner has been granted the relief sought in this petition. *Id.* Respondents state that Petitioner was released from detention on January 22, 2010, as the Government of Lebanon "declined to issue Petitioner travel documents." *Id.* The certificate of service

indicates the motion was sent to Petitioner at his last known address of record and to his address listed in the order of supervision. *Id.*

Petitioner's § 2241 petition does not challenge the validity of the removal order, only his indefinite detention under Zadvydas v. Davis, 533 U.S. 678 (2001). As relief, Petitioner sought only release from custody. Accepting that Petitioner was been released since the government of Lebanon declined to issue Petitioner travel documents, then Petitioner has essentially been afforded the relief he sought. As Petitioner has been released from detention, this § 2241 petition should be dismissed as moot.

Petitioner's "last known address" was the Wakulla County Jail. Presumably, that facility will not forward mail to Petitioner since he has been released, although this order and report and recommendation will be sent there as well. The motion to dismiss provides a possible address for Petitioner. Doc. 11, p. 4. The Clerk of Court will be directed to provide a copy of this report and recommendation to Petitioner at that location as well. If Petitioner does not contest this dismissal, he need not take any further action. Petitioner shall have a fifteen day period of time in which to file any opposition to this report and recommendation.

**ORDER**

Accordingly, it is

**ORDERED:**

1. The Clerk shall provide a copy of this report and recommendation to Petitioner at his address of record and at the address listed in the certificate of service within the motion to dismiss, doc. 11, p. 4.

2. Petitioner shall have until **February 26, 2010,** to submit any opposition to this recommendation to dismiss his § 2241 petition as moot.


**REPORT AND RECOMMENDATION**

In light of the uncontested assertion by Respondent, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Petitioner CHAOKI BOUCHEBL be **DISMISSED as moot** since it appears he has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on February 11, 2010.


      s/     William C. Sherrill, Jr.
      **WILLIAM C. SHERRILL, JR.**
      **UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:09cv446-RH/WCS