**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

CHAOKI BOUCHEBL,

      Petitioner,

v.                                    CASE NO.  4:09cv446-RH/WCS

ERIC H. HOLDER, JR., etc., et al.,

      Respondents.

_____/


## ORDER DISMISSING PETITION AS MOOT


This case is before the court on the magistrate judge's report and recommendation (document 12).  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The petition is dismissed as moot."  The clerk must close the file.

SO ORDERED on March 5, 2010.

                                  s/Robert L. Hinkle         
                                  United States District Judge